# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cv 101

| | |
|---|---|
| **FREDERICK ALBANESI,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )      **ORDER**<br>) |
| **NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,** | )<br>)<br>) |
| Defendant. | )<br>) |

Before the Court are the motions for *pro hac vice* admission [# 6, # 7] filed by Michael D. DeFrank, counsel for Defendant North American Company for Life and Health Insurance.

Upon review of the motions, it appears Paul F. Heaton and Zachary R. Willenbrink are both members in good standing with the Wisconsin Bar and will be appearing with Michael D. DeFrank, a member in good standing with the Bar of this Court. Additionally, the applicants have paid the requisite admission fees.

Accordingly, the Court **GRANTS** the motions [# 6, # 7]. The Court **ADMITS** Paul F. Heaton and Zachary R. Willenbrink to practice *pro hac vice* before the Court while associated with local counsel.

Signed: May 3, 2018

_____
Dennis L. Howell
United States Magistrate Judge