**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:18 cv 101**

| | | |
|---|---|---|
| **FREDERICK ALBANESI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **NORTH AMERICAN COMPANY FOR** | ) | |
| **LIFE AND HEALTH INSURANCE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Before the Court is the parties' Certification [# 9]. The parties agreed that a stipulated protective order should be entered in this case and attached a proposed stipulated protective order to the Certification. Thus, the Court will construe the Certification to include a Motion for a Protective Order. After reviewing the motion, the record, and the applicable law, the Court will allow the motion.

Accordingly, the Court **GRANTS** the motion for protective order. The Court will issue a protective order following this Order.

Signed: May 10, 2018

Dennis L. Howell
United States Magistrate Judge